UNITED STATES of America,
Plaintiff–Appellee,

v.

Edward R. ZINNER, Defendant–
Appellant.

No. 14–2218.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2015.

Decided: July 2, 2015.

Marvin D. Miller, Law Offices of Marvin D. Miller, Alexandria, Virginia; Louis Napoleon Joynes, II, Joynes & Gaidies, Virginia Beach, Virginia, for Appellant. Dana J. Boente, United States Attorney, Mark

---

* Pursuant to 28 U.S.C. § 636(c) (2012), the parties consented to proceed before the magistrate judge.

A. Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward R. Zinner appeals from the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record included on appeal, as well as the parties' briefs, and find no error in the district court's ruling. Accordingly, we affirm for the reasons stated by the district court. *United States v. Zinner,* No. with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*